KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK KROTOSKI (CA Bar No. 138549)
Chief, Criminal Division

IOANA PETROU (CSBN 170834)
Assistant United States Attorney

    450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7189
Facsimile: (415) 436-7234
Ioana.Petrou@usdoj.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **STIPULATION AND [PROPOSED] ORDER SETTING HEARING ON DEFERRED PROSECUTION AGREEMENT** |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. CR 06-0707 MHP |
| v. | ) | |
| | ) | |
| INTERMUNE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

    1.    The United States of America is represented in this matter by AUSA Ioana Petrou. Defendant Intermune, Inc., is represented in this matter by Ethan Posner and Barbara Hoffman of the law firm of Covington & Burling.

    2.    The parties, by their undersigned counsel, stipulate and hereby request that the Court schedule a hearing on the Deferred Prosecution Agreement on Monday, December 4, at 10 a.m. At that time, the parties intend to seek the Court's approval of the Deferred Prosecution

1   Agreement in accordance with 18 U.S.C. § 3161(h)(2).

2   SO STIPULATED.

3

4   DATED: 11/15/2006                      _____/s/_____
                                            BARBARA HOFFMAN
5                                           Covington & Burling
                                            Attorney for InterMune, Inc.
6

7   DATED:11/15/2006                       _____/s/_____
                                            IOANA PETROU
8                                           Assistant United States Attorney

9                                    **ORDER**

10       The Court hereby orders that the hearing on the Deferred Prosecution Agreement is set for

11  Monday, December 4, at 10:00 a.m.

12

13

14  IT IS SO ORDERED.

15

16  Dated: ___11/24___, 2006            _____

17                                       MARILYN HALL PATEL
                                         U.S. DISTRICT COURT JUDGE
18

19

20

21

22

23

24

25

26

27

28

STIP & ORDER
CR 06-0707 MHP                        2