KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK KROTOSKI (CA Bar No. 138549)
Chief, Criminal Division

IOANA PETROU (CSBN 170834)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-7189
    Facsimile: (415) 436-7234
    Ioana.Petrou@usdoj.gov

Attorneys for the Plaintiff

E-filing FILED
DEC 4 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> INTERMUNE, INC., <br><br> Defendant. | [PROPOSED] ORDER APPROVING DEFERRED PROSECUTION AGREEMENT AND DEFERRING FURTHER PROCEEDINGS <br><br> No. CR 06-0707 MHP |

The parties appeared before the Honorable Marilyn Hall Patel on December 4, 2006, at which time the government sought approval of the Deferred Prosecution Agreement entered into between the United States of America and Intermune, Inc. With the agreement of counsel for both parties, the Court found and held as follows.

The Deferred Prosecution Agreement is approved.

ORDER RE DPA AND DEFERRING PROCEEDINGS
C 04-4323 MHP; CR 06-0707 JSW     1

The prosecution of this matter has been deferred by the attorney for the Government pursuant to written agreement with the defendant, with the approval of the court, for the purpose of allowing the defendant to demonstrate his good conduct. Therefore, pursuant to Title 18, United States Code, Section 3161(h)(2), a two-year period, from December 4, 2006 through to and including December 4, 2008 shall be excluded under the Speedy Trial Act.

IT IS SO ORDERED.

Dated: December 4, 2006

MARILYN HALL PATEL
U.S. DISTRICT COURT JUDGE

ORDER RE DPA AND DEFERRING PROCEEDINGS
C 04-4323 MHP; CR 06-0707 JSW                    2